Troy A. Schell, Esq. (SBN 208661)
Bryan Wong, Esq. (SBN 205573)
3300 East Guasti Road, 3rd Floor
Ontario, California 91761
Telephone:   (909) 235-4400
Facsimile:    (909) 235-4419

Attorneys for Plaintiff
Prime Healthcare Services – Shasta, LLC,
d.b.a Shasta Regional Medical Center


PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH
JOSEPH B. FRUEH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:   philip.scarborough@usdoj.gov
          joseph.frueh@usdoj.gov
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant
TOM PRICE
Secretary, Department of Health & Human Services

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>                 Plaintiff,<br><br>            v.<br><br>TOM PRICE, in his official capacity as Secretary of the Department of Health and Human Services,<br><br>                 Defendant. | Case No. 2:17-CV-00074-TLN-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANT'S RESPONSE TO THE COMPLAINT** |

**STIPULATION TO CONTINUE DEFENDANT'S RESPONSE TO THE COMPLAINT**

IT IS HEREBY STIPULATED, by and between Plaintiff Prime Healthcare Services – Shasta, LLC, and Defendant Tom Price, through their undersigned counsel and subject to Court approval, that the deadline for Defendant's response to the Complaint be continued until after the Court issues a decision on Defendant's Motion for Stay of Proceedings (ECF No. 8), which is scheduled to be heard on April 20, 2017.  Defendant's response to the Complaint is currently due on April 17, 2017.

Specifically, the parties stipulate that, subject to Court approval, Defendant shall file his response to the Complaint within 30 days of the date of an order denying Defendant's Motion, or within 30 days of the date of an order lifting the requested stay of proceedings, whichever is applicable.

Neither trial nor any other date has been scheduled in this case pursuant to Federal Rule of Civil Procedure 16, and the parties have not previously requested a continuance.

Dated:  March 23, 2017

PHILLIP A. TALBERT
United States Attorney

By:   /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
PHILIP A. SCARBOROUGH
Assistant United States Attorneys

Attorneys for Defendant
TOM PRICE
Secretary, Department of Health & Human Services

**TROY A. SCHELL, ESQ.**
**BRYAN WONG, ESQ.**

By:   /s/ *Bryan Wong*     (authorized on 3/22/2017)
Bryan Wong, Esq.

Attorneys for Plaintiff
Prime Healthcare Services – Shasta, LLC

**IT IS SO ORDERED.**

Dated:  March 24, 2017

Troy L. Nunley
United States District Judge